JOHN E. KUHN, JR.
United States Attorney

JONAS M. WALKER
CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov
charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATHAN CARL MEISNER,<br><br>    Defendant. | No. 3:22-cr-00003-SLG-KFR<br><br>COUNT 1:<br>Violation of the Lacey Act<br> Vio. of 16 U.S.C. § 3372(a)(1)<br> and 3373(d)(2); 18 U.S.C. § 2 |

I N F O R M A T I O N

The United States Attorney charges that:

GENERAL ALLEGATIONS

The Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty to prevent species from becoming endangered or extinct because of international trade. Under CITES, countries work together to regulate the international trade of animal and plant species and ensure that this trade is not detrimental to the survival of wild populations.

CITES lists species under appendices, which are described by 50 C.F.R. § 23.4. Appendix I includes species threatened with extinction that are or may be affected by trade. Appendix II includes species that are not presently threatened with extinction, but may become so if their trade is not regulated. It also includes species that need to be regulated so that trade in certain other Appendix–I or -II species may be effectively controlled; these species are most commonly listed due to their similarity of appearance to other related CITES species.

The United States has been a party to CITES since July 1, 1975. Federal law implements CITES via 50 C.F.R. § 23, authority for which is derived from CITES and the Endangered Species Act, 16 U.S.C. § 1531 *et seq*.

During all times relevant to this case, the Defendant, NATHAN CARL MEISNER, operated a business, known as "Refined Reef LLC," in which he sold fish and coral. The Defendant intended to resell most, or all, of the coral that he imported as charged in Count 1.

//

COUNT 1

Beginning on or about November 15, 2017, and continuing until on or about August 20, 2018, in the District of South Dakota, the Defendant, NATHAN CARL MEISNER, did knowingly procure the import of any fish or wildlife taken, possessed, transported, and sold in violation of any law, treaty, and regulation of the United States, to wit: hard coral, from the order *Scleractinia*, imported from the Philippines to and through the District of Alaska, and being falsely labeled, contrary to the provisions of the Convention on International Trade of Endangered Species of Wild Fauna and Flora, as prohibited by the Endangered Species Act, 16 U.S.C. §§ 1538(c)(1) and (d)(1), and 50 C.F.R. § 23.13(f), when, in the exercise of due care the Defendant should have known that the fish or wildlife were taken, possessed, transported, and sold in violation of the Lacey Act.

All of which is in violation of the Lacey Act, 16 U.S.C. §§ 3372(a)(1) and § 3373(d)(2), and 18 U.S.C. § 2.

JOHN E. KUHN, JR.
United States Attorney

s/ *Jonas M. Walker*
Assistant U.S. Attorney
United States of America