Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN MEISNER, <br><br> Defendant. | No: 3:22-cr-003-SLG <br><br> ENTRY OF APPEARANCE |

    Steve Wells, of Steven M. Wells, P.C., files this Entry of Appearance for Nathan Meisner in this case.

DATED this 25th day of February, 2022, at Anchorage, Alaska.

                              Steven M. Wells, PC
                              Attorneys for Defendant

                        By:    /s/ Steven M. Wells   .
                                Steven M. Wells
                                ABA #0010066

CERTIFICATE OF SERVICE

I certify that on February 25, 2022, I served a copy of the Entry of Appearance electronically on:

All parties of record

   /s/ SMW            .
Steven M. Wells, PC