JOHN E. KUHN, JR.
United States Attorney

STEVEN SKROCKI
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: steven.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN CARL MEISNER,<br><br>Defendant. | Case No. 3:22-cr-00003-SLG-KFR |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney, Steven Skrocki, now appears as counsel for the United States of America in the above-entitled action.

//

//

All future correspondence in this matter should be sent to:

>STEVEN SKROCKI
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: 907-271-5071
>Fax: 907-271-1500
>Email: steven.skrocki@usdoj.gov

RESPECTFULLY SUBMITTED March 1, 2022, at Anchorage, Alaska.

>JOHN E. KUHN, JR.
>United States Attorney
>
>*s/ Steven Skrocki*
>STEVEN SKROCKI
>Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022,
a copy of the foregoing was served
electronically on the following:

Counsel of Record

s/Steven Skrocki
Office of the United States Attorney