S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00003-SLG-KFR |
| Plaintiff, | ) |
| vs. | ) |
| NATHAN CARL MEISNER, | ) |
| Defendant. | ) |

**SENTENCING MEMORANDUM OF THE UNITED STATES**

The United States files with the court a brief sentencing memorandum in aid of sentencing occurring next week.

As to the recommendation of the United States, the United States lodged no objections to the draft presentence report and does not oppose the recommendations of the probation office which accompany the final Presentence Report. Said recommendations are appropriate under the circumstances and are in accord with the

sentencing factors the court must consider under 18 U.S.C. Section 3553, et. seq. The United States has one minor recommendation to make concerning the payment of a fine. At present, the United States is working with the government of the Philippines to establish a fund for any fines imposed in this, and the other coral smuggling cases, to assist in the restoration and repair of Philippine coral reefs damaged by illegal harvesting of corals. Work on establishing a fund for the deposit of any fines collected is ongoing but not yet complete. Much like fines from Lacey Act prosecutions which are collected and ordered by the court are deposited into the Lacey Act Reward account, it is the government's desire that any fines collected be directed to an NGO or Philippines based fund which supports coral reef restoration and repair. At sentencing the United States will be requesting that any funds collected be so directed.

With respect to any other sentencing factors, the United States agrees with the recommendations made in the Final Presentence Report and will urge the court to impose sentence in conformity therewith.

RESPECTFULLY SUBMITTED May 31, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Steven E. Skrocki
Assistant U.S. Attorney
United States of America

//

//

//

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, a true and correct copy of the foregoing was served electronically on the following:

Steve Wells

s/ Steven E. Skrocki
Office of the U.S. Attorney