Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK 99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

In the United States District Court
District of Alaska

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Nathan Meisner,<br><br>    Defendant. | Case No. 3:22-cr-003-SLG<br><br>Notice of Receipt of Fine |

   Pursuant to this court's order at Mr. Meisner's imposition of sentence, counsel for Mr. Meisner provides notice to this court and to the government that he has received the $2,000.00 fine from Mr. Meisner. That fine has been deposited in counsel's IOLTA account. Counsel for Mr. Meisner will forward that money as directed by counsel for the government.

*United States v. Meisner*
Case No. 3:22-cr-003-SLG
Notice of Receipt
Page 1 of 2

DATED this 14th day of June, 2022, at Anchorage, Alaska.

                Steven M. Wells, PC
                Attorneys for Defendant

          By:  /s/ Steven M. Wells  .
              Steven M. Wells
              ABA #0010066

CERTIFICATE OF SERVICE

I certify that on June 14, 2022,
I served a copy of the foregoing
Electronically on:

All Parties of Record


  /s/ Steven M. Wells  .
Steven M. Wells, PC

*United States v. Meisner*
Case No. 3:22-cr-003-SLG
Notice of Receipt
Page 2 of 2