# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>vs. )<br>  )<br>NATHAN CARL MEISNER ) | Case Number: 3:22-CR-00003-001-KFR<br><br>ORDER ON TERMINATION OF<br>PROBATION |

Based on the *Report and Order Terminating Probation* filed on July 11, 2024, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ]  The defendant is discharged from Probation and the proceedings in this case are terminated.

[ ]  The defendant is discharged from Probation.

[ ]  U.S. Attorney's office to file a status report on restitution payment on or before _____.

[ ]  Other: _____

Dated this \_\_\_\_ day of _____, 20\_\_.

_____
Honorable Kyle F. Reardon
United States Magistrate Judge