# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 3:22-CR-00003-001-KFR |
| vs. ) | |
| ) | ORDER ON TERMINATION OF |
| NATHAN CARL MEISNER ) | PROBATION |

Based on the *Report and Order Terminating Probation* filed on July 11, 2024, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ X ] The defendant is discharged from Probation and the proceedings in this case are terminated.

[ ] The defendant is discharged from Probation.

[ ] U.S. Attorney's office to file a status report on restitution payment on or before _____.

[ ] Other: _____

Dated this 11th day of July, 2024.

Honorable Kyle F. Reardon
United States Magistrate Judge